UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 3:06CV02679<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| JOHN WALTER CHOATE<br>Plaintiff<br><br>vs.<br><br>PFIZER, INC., ET AL.<br>Defendants | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Comes now the Plaintiff, JOHN WALTER CHOATE, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: August 11, 2009, 2009      By: _____
                                   Attorneys for Plaintiff,
                                   John Walter Choate

DATED: December 15, 2009      By: _____
                                   DLA PIPER LLP (US)
                                   1251 Avenue of the Americas
                                   New York, NY 10020
                                   Telephone: (212) 335-4500
                                   Facsimile: (212) 335-4501
                                   *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010       _____
                          Hon. Charles R. Breyer
                          United States District Court